IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01244-RPM

JEFF SAFARRIYEH and
CARRIE SAFARRIYEH,

    Plaintiffs,

v.

NATIONAL SPORTS CENTER FOR THE DISABLED, INC.

    Defendants.

_____

ORDER FOR REMAND
_____

This civil action was removed on May 10, 2013, by the defendant's notice of removal. Jurisdiction is claimed under 28 U.S.C. § 1332 but removal was made by the defendant, a Colorado non-profit corporation. Because the removing defendant is a citizen of the State of Colorado, removal is precluded by 28 U.S.C. § 1441(b)(2), and it is therefore

ORDERED that this civil action is remanded to the District Court, City and County of Denver, Colorado.

DATED: May 13th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge